```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
 UNITED STATES OF AMERICA,                  :
                                            :
                                            :   ORDER
             -against-                      :
                                            :   00 Cr 314 (AKH)
 Alexander Nosov, et al.                    :
                                            :
 Defendant.                                 :
                                            :
                                            :
                                            :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

The Government shall file its response to Defendant's motion for compassionate release, ECF No. 96, by November 9, 2020.   Defendant shall file any reply by November 16, 2020.

        SO ORDERED.

Dated:    October 26, 2020
            New York, New York

                                                          /s/  Alvin K. Hellerstein
                                          ALVIN K. HELLERSTEIN, U.S.D.J.